UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
LORILLARD TECHNOLOGIES, INC., a
Delaware Corporation, and LOEC, INC., a        Civil Action No. 14-cv-02044
Delaware Corporation,

                Plaintiffs,        **DISCLOSURE STATEMENT**

    -against-

NJ ALE HOUSE, LLC d/b/a BLU ALEHOUSE, a
New Jersey Corporation,

                Defendant.
-----------------------------------------------------------------x

    The undersigned counsel for defendant NJ Ale House, LLC d/b/a Blu Alehouse, certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated:    New York, New York
             May 27, 2014

                                        Respectfully submitted,

                                        McManus & Richter, P.C.

                                        By: _____

                                        Nicholas P. Chrysanthem (NPC 4344)
                                        Attorneys for Defendant
                                        48 Wall Street – 25th Floor
                                        New York, New York 10005
                                        (212) 425-3100